

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
        - v. -                :   MISDEMEANOR
                                    INFORMATION
SEKOU ABDOOL,                     :
                                    S1 07 Cr. 1007
            Defendant.          :
- - - - - - - - - - - - - - - x

COUNT ONE

      The United States Attorney charges:

      From in or about September 2006, up to and including in or about October 2006, in the Southern District of New York and elsewhere, SEKOU ABDOOL, the defendant, unlawfully, willfully, and knowingly, did take and carry away, with the intent to steal and purloin, property and money and things of value not exceeding $1,000 belonging to, and in the care, custody, control, management, and possession of, a bank, credit union, and savings and loan association, to wit, ABDOOL withdrew funds that did not belong to him from a bank account he opened in the name of a fictitious business entity.

      (Title 18, United States Code, Sections 2113(b) & 2.)

                                            */s/ Michael J. Garcia*
                                            MICHAEL J. GARCIA
                                            United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

- v. -

**SEKOU ABDOOL,**

Defendants.

---

**INFORMATION**

S1 07 Cr. 1007

(18 U.S.C. §§ 2113(b) & 2)

　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　United States Attorney.

---

3/13/08 PTC Information v/s/ Sekou Abdool pres w/atty Jeffrey Pittell AUSA Michael Rosensaft pres. Consent to proceed bef Mag Judge Not plead Guilty to M.J. def set bail cont.

Mag Judge Pitman