

**JEFFREY G. PITTELL**
Attorney at Law

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York 11023
*www.jpittell.com*

June 6, 2008

VIA FAX

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08

Tel (516) 829-2299
Fax (516) 977-3003
Email *jp@jpittell.com*

Hon. Sidney H. Stein
U.S. District Court
500 Pearl St
New York, NY 10007

Re:  *United States v. Abdool, et al [Sekou Abdool]*
     07 cr 1007 (SHS)

## MEMO ENDORSED

Your Honor:

I am counsel to *Sekou Abdool* a defendant in the above referenced matter.

Previously, Mr. Abdool pleaded guilty to a Misdemeanor Information. His sentencing is scheduled for June 13, 2008.

Mr. Abdool is an Army veteran. Recently, he was honorably discharged following two tours of duty in Iraq. He seeks to reenlist in the Army. I have conferred with his recruiting officer and am informed that, at sentencing, special conditions must be imposed during in order for Mr. Abdool to be permitted reenlist. The officer indicated he would provide written notification of the special conditions. Currently, I am still awaiting the notification.

At this point, I do not anticipate receiving the information, from the recruiter, by the sentencing date. Accordingly, I respectfully request an adjournment of Mr. Abdool's sentencing so I will be able to obtain this information prior to sentencing.

I have conferred with the Government and they do not object to this request. Wherefore, I respectfully request the sentence be adjourned to the morning of August 14, 2008.

Respectfully submitted,

Jeffrey G. Pittell

cc: AUSA Michael M. Rosensaft

*The sentencing is adjourned to Aug. 14, 2008, at 11:00 a.m. Defense submissions by aug. 8, gov't submissions by aug. 13.*
*SO ORDERED 6/9/08*

SIDNEY H. STEIN
U.S.D.J.