USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08

# JEFFREY G. PITTELL
ATTORNEY AT LAW

MAHER & PITTELL, LLP
299 East Shore Road
Great Neck, New York 11023
www.jpittell.com

Tel (516) 829-2299
Fax (516) 977-3003
Email jp@jpittell.com

September 4, 2008

Hon. Sidney H. Stein
U.S. District Court
500 Pearl St
New York, NY 10007

**MEMO ENDORSED**

Re: *United States v. Abdool, et al [Sekou Abdool]*
    07 cr 1007 (SHS)

Your Honor:

I am counsel to *Sekou Abdool* a defendant in the above referenced matter.

Previously, Mr. Abdool pleaded guilty and was sentenced on August 14, 2008.

Following his arrest, Mr. Abdool was released on a recognizance bond. A condition of the bond required Mr. Abdool to surrender his passport to pretrial services. Now that sentencing has occured, the bond has been discharged. Nonetheless, we are informed that pretrial services will not return the passport unless it receives Court authorization.

Accordingly, we respectfully request this letter be endorsed as authorizing pretrial services to return the passport to Mr. Abdool. *The gov't has stated it has no objection.*

Respectfully submitted,

*Jeffrey Pittell*

Jeffrey G. Pittell

SO ORDERED 9/5/08

SIDNEY H. STEIN
U.S.D.J.

cc:
AUSA Michael M. Rosensaft
Sekou Abdool